16

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_Eastern_ District of _Mi._

_Southern_ Division

|  |  |
|---|---|
| _Michael B. Williams Jr._ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br> -v- <br><br><br> _Department of Corrections of Pa._ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names. Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> **Case: 2:26-cv-11466** <br> **Assigned To : Leitman, Matthew F.** <br> **Referral Judge: Ivy, Curtis, Jr** <br> **Assign. Date : 5/4/2026** <br> **Description: PRIS WILLIAMS JR. V. DEPARTMENT OF CORRECTIONS,PA (DA)** |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *Michael B. Williams, Jr.*

All other names by which you have been known: *("see court record")*

ID Number

Current Institution *("see appendix")*

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name *(see court record)*

Job or Title *(if known)*

Shield Number *(see appendix)*

Employer

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

[X] Individual capacity   [X] Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
　　Name
　　Job or Title *(if known)*
　　Shield Number
　　Employer
　　Address

| | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity　　☐ Official capacity

Defendant No. 4
　　Name
　　Job or Title *(if known)*
　　Shield Number
　　Employer
　　Address

| | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity　　☐ Official capacity

## II.　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　Are you bringing suit against *(check all that apply)*:

　　☐ Federal officials (a *Bivens* claim)

　　☒ State or local officials (a § 1983 claim)

B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*first, Fourth, Fifth, Sixth, Eight, Fourteenth*

C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Pa. Read Residents acted under color of state law Perjury by colloration filing false police reports by Extortion / Deception endeavoring the incitement of perjury to subornate the Mi. Residents to testify falsely in the committance of Perjury.

**III.   Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

**IV.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On the dates March 18, 2011 - June 11, 2012 September 26, 2012 Committed the unlawful conduct Perjury by colloration filing false Police Reports by deception / Extortion to continue the Plaintiff Pre-trial Detention as a Pre-Trial detainee to current

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

On the date 03-03-2024 as employee of local agency of S.C.I. Huntingdon of State Department of Correction of Pa file false misconduct report as false police report by referencing, the Courts responds on 02-16-2025 and Wayne County Prosecutor Office responds on 02-16-2026 to compelled the Plaintiff to be a witness against himself to continue his Pre-Trial Detention

Page 4 of 11

C.   What date and approximate time did the events giving rise to your claim(s) occur?

March 18, 2012 - March 03, 2026 to

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The State as Pa Residents file false police reports, by returning the Courts and Wayne County Prosecutor office Ci 4 responds, to compelled the Plaintiff to be a witness against himself in prison grub. To endeavor the incitement of the procureeres of Prejury By subronating the Mi Resident to Pre-Trail detain as false imprison the Plaintiff in the Dept. of Corr. Pa. as a Pre-trial detainer without probable cause to current.

V.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

bursier from assault photograph, treated, and documented

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Dirmiss the attendance Writ of Habeas Corpus lacking subject matter of jurisdiction under 28 U.S.C. Statue 2254. The Attorney General remedifying the Plaintiff state custody by release. This Civil action stayed per Aministrative Order as a single action joiner of claims. Grant the Plaintiff Relife to be transfer per the Interstate Detainer Agreement as a Department of Corrections of Mi. Pre-Trail Detainer to attend the Mediation Program, recieve the Courts Response

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*A.C. Erie County Prison, S.C.I. Houytdale, S.C.I. Albion, Wayne County Jail, S.C.I. Albion, S.C.I. Crackville, S.C.I. Muncy, S.C.I. Phoenix, S.C.I. Rockview, S.C.I. Greene, S.C.I. Huntingdon*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

*The Plaintiff mail being returned, and appealing the false misconducts, filing abuse, sexual abuse and Harassm*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

S.C.J. Houghtdale, S.C.J. Albion, S.C.J. Frachville, S.C.J. Mahanoy, S.C.J. Phoenix, S.C.J. Rockview, S.C.J. Greene, S.C.J. Huntingdon

2.   What did you claim in your grievance?

My mail being returned insufue

3.   What was the result, if any?

Denied

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

(1) file the Grievance (2) appeal the Unitial Review Responde to Facility Manager (3) appeal the Unitial Review Responde to Facility Manager (4) appeal the Facility Mana Responds to Central Office

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here:

*The employee refuse to give the Plaintiff the apport appropriate forms.*

2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*PERA Direct Appeal, PCRA, PLRA Direct Appeal, Writ of Habues, Personnel Complaint, Civil action, abuse allegations, PERA Report. I don't remember but everything is on file.*

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*The exhaustion requirement of my administration remedies have been exhausted per acceptable Rule 49.140*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)  *Michael B. Williams gr.*
Defendant(s)  *Edward Spagel*

2.    Court *(if federal court, name the district; if state court, name the county and State)*
*United States District Court Eastern District of Mi.*

3.    Docket or index number
*2:25-CV-10860-LJM-APP*

4.    Name of Judge assigned to your case
*District Judge Laurie J. Michelson*

5.    Approximate date of filing lawsuit
*03-18-2025*

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.  *08-15-2025*

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
*Barred By the Statue of limitations and his complaint fails to state a plausible claim.*

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[X] Yes

[ ] No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   *Michael B. Williams, Jr.*

Defendant(s)   *Department of Corrections et, al.*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*United States District Court*
*Middle District of Pa.*
*240, West Third St.*
*Williamsport, Pa. 17701-6460*

3.   Docket or index number

*4:25-CV-00924*

4.   Name of Judge assigned to your case

*Chief District Judge Brann*

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

[X] Yes

[ ] No

If no, give the approximate date of disposition   *N/A*

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Relief of this Courts Final Judgement by Amending his complaint as a joiner of claims single action per the Courts' Orders [ECF No. 16, 29]*

Page 10 of 11

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _03-30-2024_

| | |
|---|---|
| Signature of Plaintiff | _Michael B. Williams Jr._ |
| Printed Name of Plaintiff | _Michael B Williams Jr._ |
| Prison Identification # | _LN·2033_ |
| Prison Address | _S.C.I. Huntingdon, Pa 16654_ |
| | _Huntingdon_ ___ _Pa._ ___ _16654_ |
| | City      State      Zip Code |

### B.   For Attorneys

Date of signing:   _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City      State      Zip Code |
| Telephone Number | |
| E-mail Address | |

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MI.

## SOUTHERN DIVISION

**MICHAEL B. WILLIAMS JR.**                           **REFILE**

**("PLAINTIFF")**

                                                       **CIVIL ACTION**

             **V.**
                                                       **4:25-CV-00924**

**DEPARTMENT OF CORRECTIONS ET, AL.**
**("DEFENDANT'S")**


## COMPLAINT
## ("NOTICE TO DEFEND")

**1.** Plaintiff, michael B. williams Jr. , as an individual residing at S.C.I Huntingdon 110 Pike Street Huntingdon Pa. 16654.

**2.** Defendant's City or Erie Police Department, Erie County Court of Common Pleas, District Attorney Office of Erie County, Their Attornies, The Public Defendar Office of Erie County, District Attorney Office of ERie County Witnessess, Department of Corrections of Pa. as newly Defendant's as address and listed Defendant's apparent to Court Records as Pa. State Resident's.

**3.** Defendant's City of Detroit Police Department Northwestern District, Wayne County Prosecutor Office, Wayne County Sheriff Office Sex Crimes Division, Wayne County Sheriff Office Courtroom Security, 36th District Court of City of Detroit, Frank Murphy Hall of Justice, Wayne County Prosecutor Office Witnesses as State of Mi. Resident's as address and listed Defendant's apparent to Court Records.

**4.** At all materail times hereto, the Defendant's was engaged in operating the foresaid offices and witnesses as State as listed Defendant's and address.

**5.** At all materatil times hereto, Defendant's acted throught it's agents, servant's, and employees who in turn were acting within the course and scope of their agency

and employment for Defendant's as listed Defendant's joiner of claims single action being serve seperate.

**6.** On the date 6-12-2025 the employees of the State Department of Corrections of Pa. intentionally returned the Wayne County prosecutor Office CIU respond's as an ongoing Practice on 02-16-2026 the United States District Court of Eastern District of Mi. Court's respond's to his Writ of Habeas Corpus by filing false police reports equilavent false misconduct reports on 02-24-2026 and 03-03-2026 as an ongoing practice intentionally taking and withholdingthe Plaintiff's Property as testimonail and Information in the deprivation of reasonable access to the courts. In some way associate theirselves with the venture of the such by Prosecutorail and Judicial Misconduct, Prejury by Cobboration filing false police reports by Extortion and Deception as Pa. Resident's. On the dateMarch 18, 2012, June 17, 2012, September 26, 2012, Janurary 18, 2014, April 28, 2014, July 21, 2014, Feburary 04, 2016 making the crime endavor the incitement of the procurence of prejury by the Mi. Resident testifying falsely in the commitance of prejury by being lead as the State after a course of adminstrative and investigative duties Defendant Lisa Brinston A.KA. Lisa Jackson making the statement "the statement made on may 10, 2006 concearning the man jumping out the bushes wasn't true. Compelling the Plaintiff to be a Witnesses against himself in prison grab to admit to the false accustion.

**7.** At same time and place, the employees of the Defendants falsely, publicly and maliciously accused the Plaintiff of raping Defendant Sandra Selena Gray on March 18,2012 and Lisa Brinston A.K.A. Lisa Jackson on May 10, 2006.

**8.** At such time, the Defendant's employees forcibly and violently seized the Plaintiff in a cargo van, Different County Jails, Wayne County Jail, Department of Corrections of Pa. on behalf of the Michigan Department of Corrections as a Pre-Trail Detainee, assaulted, held and detained the Plaintiff against his will and consent, and placed him under malicious arrest and falsely and maliciously detained and prosecuted the Plaintiff by false imprisonment, compelling him to search by the Defendant's employees in the Wayne County Jail, Frank Murphy Hall of Justice and Department of Corrections of Pa. to be a witnesses against himself to suborn and endeavor the incitement of the procurence of prejury.

9. Plaintiff didn't rape Lisa Brinston A.K.A Lisa Jackson on May 10, 2006 nor Sandra Selena Gray on March 18, 2012, Plaintiff so advised Defendant's and demanded release.

10. Defendant's employees refuse to release the Plaintiff, but continued in their assault, seizure, holding continuance detention without probable cause and detention of Plaintiff by intimidation and threat by malicious prosecution.

11. Defendant's employee's acted as aforesaid without reasonable cause or probable cause and contrary to the Prison Internal Proceeding, the Rules of Criminal Procedure's, Statue and Laws, State Constitution and United States Constitution.

12. Plainttiff was subject to great humitiation, pain, and suffering by reason of the assault and the false and malicious arrest, continuance detention without probable cause, seizure, holding, and false imprisonment by malicious prosecution of the Plaintiff as aforesaid.

13. By reason of the acts of Defendant's employees, Plaintiff suffered severe damage to his business and personal reputation and was hindered and prevented from proforming his necessary transactions and business and was caused to suffer great pain and mental anguish.

14. **wherefore,** Plaintiff demands judgement against the Defendant's in an amount (not) in excess of $10 million and for punitive damages to be determined by the tier of fact, and costs.

**Respectfully, Submitted**

*Michael B. Williams Jr*

**Michael B. Williams Jr.**
**(Plaintiff / LN2033)**
**S.C.I Huntingdon**
**1100 Pike Street**
**Huntingdon, Pa. 1654**

DAVID LOFTUS
DEPUTY
WAYNE COUNTY SHERIFF OFFICE
COURTROOMSECURITY
COURTROOM SECURITY

GRACE BROUGHTON
ASSISTANT PROSECUTOR
WAYNE COUNTY PROSECUTOR  OFFICE

ELTON OLIVER
DEPUTY
WAYNE COUNTY SHERIFF OFFICE
COURTROOM SECURITY

RONALD GILES
JUDGE
36TH DITRICT COURT CITY OF DETROIT

JAMES HEBERGER
DETECTIVE
WAYNE COUNTY SHERIFF OFFICE
SEX CRIMES DIVISION

MARK SALAVENS
JUDGE
FRANK MURPHY HALL OF JUSTICE

PATRICIA PENMAN
DETECTIVE
WAYNE COUNTY SHERIFF OFFICE
SEX CRIMES DIVISION

STATE OF MICHIGAN WITNESS
WAYNE COUNTY PROSECUTOR OFFICE

BRAIN WRIGHT
SUPERVISOR
WAYNE COUNTY SHERIFF OFFICE
SEX CRIMES DIVISION

ROY STARKS
PATROLMAN
CITY OF DETROIT POLICE DEPT.
NORTHWESTERN DIVISION

SUZY TWEELER
ASSISTANT PROSECUTOR
WAYNE COUNTY PROSECUTOR  OFFICE

JANE DOE
PSYCHOLOGIST
CITY OF DETROIT POLICE DEPT.

EVAN ALLEN
ASSISTANT PROSECUTOR
WAYNE COUNTY PROSECUTOR  OFFICE

JOHN DOE
SGT.
CITY OF DETROIT POLICE DEPT.
NORTHWESTERN DIVISION

KMY WORTHY
WAYNE COUNTY PROSECUTOR
ASSISTANT PROSECUTOR
WAYNE COUNTY PROSECUTOR  OFFICE

JANE DOE
CITY OF DETRIOR POLICE DEPT.
NORTHWESTERN DISTRICT

SUSAN DILLION
ASSISTANT PROSECUTOR
WAYNE COUNTY PROSECUTOR  OFFICE

SUSAN ROCK
ATTORNEY

LUTHER GLENN
ATTORNEY

PATRICIA SOLUMSKI
aTTORNEY

LINDSEY DASH
FORENSIC SCIENTIST
MICHIGAN STATE POLICE

KIRK DEWEEUEEL
FORENSIC SCIENTIST
MICHIGAN STATE POLICE DEPT.

Michael B. Williams Jr.
(LN-2033)
S.C.I. Huntingdon
1100 Pike Street
Huntingdon, Pa. 16654

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

US POSTAGE PITNEY BOWES
ZIP 16652 $ 003.84
02 4W
0000372206 APR 24 2026

RECEIVED
APR 28 2026
THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE

U.S. MARSHAL

Attn: Mr. William Barkholz
Case Manager
United States District Court
Eastern District of Mi.
Southern Division
P.o. Box 214
Bay City, Mi. 48707

RECEIVED
MAY -4 2026
CLERK'S OFFICE
U.S. DISTRICT COURT